KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Edward O. Sassower (ES 5823)

KIRKLAND & ELLIS LLP
555 California, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1600
Christopher W. Keegan (admitted *pro hac vice*)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Robert Membreno<br>As Trustee of SAI Trust,<br><br>　　　　　　　　　Appellant,<br><br>　　-against-<br><br>Calpine Corporation, <u>et al.</u><br><br>　　　　　　　　　Appellees. | Civil Case I:08-cv-09797 (VM)<br><br>**RULE 7.1 STATEMENT** |

### CORPORATE DISCLOSURE STATEMENT OF CALPINE CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Calpine Corporation, et al. ("Appellees"), a nongovernmental corporate party in this case, hereby certifies the following on behalf of Appellees:

**I.    Parent Corporations.**

　　Calpine Corporation is the parent corporation.

**II.     Publicly Held Companies Owning 10% or More Of Its Stock.**

As of December 15, 2008, the following publicly held companies owned 10% or more of Calpine Corporation's outstanding common stock: Luminous Energy Partners Master Fund, Ltd., LSP Cal Holdings II, LLC, and Harbinger Capital Partners Master Fund I, Ltd.

Dated: December 29, 2008         Respectfully submitted,
San Francisco, California

  */s/ Christopher W. Keegan*

Christopher W. Keegan (Admitted *Pro Hac Vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104-1501
Telephone: (415) 439-1882
Facsimile: (415) 439-1500

Counsel for Appellees