UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

CALPINE CORP. Et.al.,xxxxxxxxx,
                               Debtor-Appellees.
-----------------------------------------------------------X
ROBERT MEMBRENO as trustee of
SAI TRUST,

                          Appellant,                 08 CIVIL 9797 (VM)

         -against-                              **JUDGMENT**

CALPINE CORP.et.al.,
                            Appellees.
-----------------------------------------------------------X

      Appellant having appealed from a Memorandum Decision of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on June 9, 2009, having rendered its Decision and Order reversing in part, and affirming in part, the decision of the bankruptcy court, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order, dated June 9, 2009, the order of the bankruptcy court is hereby affirmed and the appeal is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
          June 15, 2009

                                              J. MICHAEL McMAHON
                                              Clerk of Court
                             BY:
                                              Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/09

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____