**MANDATE**

**ORIGINAL**

**ORIGINAL**

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square     40 Centre Street, New York, NY 10007     Telephone: 212-857-8500

1:08-cv-09797-VM

### MOTION INFORMATION STATEMENT

Docket Number(s): 09-2953-cv

Caption [use short title]

Motion for: Voluntary Dismissal Pursuant to FRAP 42

In re Calpine

Set forth below precise, complete statement of relief sought:
For the reasons stated in the attached affidavit, that the

appeal be voluntarily dismissed pursuant to FRAP 42.

UNITED STATES COURT OF APPEALS
FILED
NOV 06 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 11, 2010

MOVING PARTY: Calpine Corporation

- ☐ Plaintiff      ☐ Defendant
- ☑ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: Robert Membreno, as Trustee for SAI Trust

MOVING ATTORNEY: Christopher W. Keegan
[name of attorney, with firm, address, phone number and e-mail]
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA  94104
(415) 439-1400
chris.keegan@kirkland.com

OPPOSING ATTORNEY [Name]: Lawrence C. Glynn
[name of attorney, with firm, address, phone number and e-mail]
Lawrence C. Glynn
53-04 193rd Street
Fresh Meadows, New York 11365
(718) 570-3338
glynn04@hotmail.com

Court-Judge/Agency appealed from: U.S. District Court (The Hon. Judge Victor Marrero)

Please check appropriate boxes:

Has **consent** of opposing counsel:
A. been sought?       ☑ Yes   ☐ No
B. been obtained?    ☐ Yes   ☑ No

Is oral argument requested?   ☐ Yes   ☑ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been **set**?   ☐ Yes   ☑ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?   ☐ Yes   ☐ No

Has this relief been previously sought
in this Court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency: _____

Signature of Moving Attorney: _____   Date: November 6, 2009

Has **service** been effected?   ☑ Yes   ☐ No
[Attach proof of service]

### ORDER

IT IS HEREBY ORDERED that the motion by Calpine Corp. to withdraw the appeal, on consent, is GRANTED and the appeal is withdrawn with prejudice.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe

Wolfe, Clerk

-trative Attorney

UNITED STATES COURT OF APPEALS
FILED
NOV 23 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

**MANDATE ISSUED ON 03/11/2010**